# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 96-30632

RELIANCE NATIONAL INSURANCE CO.,

Plaintiff-Appellant,

versus

GENERAL ELECTRIC CO.; NICHOLS
CONSTRUCTION CORP.,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Louisiana

(93-CV-785-B)

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Reliance National Insurance Company appeals an adverse judgment on jury

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

verdict in its insurance subrogation action. Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding neither reversible error nor breach of discretion, the judgment appealed is AFFIRMED.